Eastern District of Kentucky
**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

MAY 27 2005

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CIVIL ACTION NO. 2003-193

CLINTON D. BROWN          PLAINTIFF

VS.                    <u>ORDER</u>

EARTHBOARD SPORTS, USA, ET AL          DEFENDANTS

This matter is before the court on the Report and Recommendation of the United States Magistrate Judge (Doc. #90), and there being no objections filed thereto, and the court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation of the United States Magistrate Judge be, and it is, hereby **adopted** as the findings of fact and conclusions of law of this court; that the plaintiff's motion for default judgment (Doc. #83) be, and it is, hereby **granted**; and that a separate Default Judgment against defendants, Earthboard Sports USA, Inc. and Hugh Jeffreys, enter concurrently herewith.

This 27th day of May, 2005.

_William O. Bertelsman_
WILLIAM O. BERTELSMAN, JUDGE